# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

---

Case No. 5D2025-1894
L.T. Case No. 55-2021-DR-803

---

ERICA ROCHELLE REAY
WINTERS,

   Appellant,

   v.

SAMUEL ALAN WINTERS,

   Appellee.

---

On appeal from the Circuit Court for St. Johns County.
Howard Ogle McGillin, Jr., Judge.

Erica Rochelle Reay Winters, St. Augustine, pro se.

No Appearance for Appellee.

December 23, 2025

PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____